AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America v. | ) | |
| | ) | |
| | ) | Case No.  24-8216-BER |
| CHARLES LEWIS VORPAGEL, | ) | |
| | ) | |
| | ) | |
| | ) | . |
| _____ | ) | |
| *Defendant(s)* | | |

```
FILED BY_____TM_____D.C.

May 7, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB
```

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 6, 2024 _____ in the county of _____ Palm Beach _____ in the

___ Southern ___ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C, § 922(g) | Possession of a firearm by a prohibited person - convicted felon, |
| Title 21, U.S.C, § 841(a)(1) | Possession of a controlled substance with the intent to distribute, |
| Title 18, U.S.C, § 924(c) | Possession of a firearm during and in relation to, and in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sworn and Attested to me by Applicant by
Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1

TFO Tyler A. Robichaud, DEA
*Printed name and title*

_____
*Judge's signature*

Date: _____ 05/07/2024 _____

City and state:        West Palm Beach, FL

Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Tyler Robichaud, having been duly sworn, do hereby depose and state as follows:

## BACKGROUND OF THE AFFIANT

1.      I am a deputized Task Force Officer with the United States Drug Enforcement Administration (hereinafter referred to as "DEA"). As such, I am a law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), who is empowered to conduct criminal investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I joined the DEA Task Force in March 2023. I am currently assigned to conduct investigations dealing with all aspects of importation, manufacturing, and distribution of illegal drugs, to include heroin, cocaine, and crystal methamphetamine.

2.      I have been a sworn police officer with the Jupiter Police Department since 2020. I successfully completed the Criminal Justice Standards and Training Police Academy, and I am a certified law enforcement officer.  Prior to my service with the Jupiter Police Department, I was a certified police officer with the Town of Palm Beach Police Department from 2018 to 2020. I am currently assigned as an Agent in the Street Crimes Unit, and from there to the Drug Enforcement Administration (DEA) Task Force Group. I have received specialized training about narcotics trafficking and money laundering and have been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances.

3.      I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other DEA agents, law enforcement officers and witnesses involved in the investigation. I have also reviewed records and reports relating to the investigation. Nevertheless, this affidavit does not contain all the information known to me, but rather, contains the facts and circumstances I believe are necessarily to establish probable cause.

4. I submit there is probable cause to believe **Charles Lewis VORPAGEL** has violated federal law, including; Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), Possession With Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Possession of Firearms in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## **PROBABLE CAUSE**

6. In June 2023, agents with the Jupiter Police Department ("JPD") received a Crime Stoppers Tip regarding potential narcotic production by an individual residing in Jupiter, Florida. During the same month, JPD received information that Charles Lewis Vorpagel ("VORPAGEL") was involved in the distribution of narcotics from that same residence.

7. A review of VORPAGEL's criminal history revealed prior felony convictions. In July 2010, VORPAGEL was convicted of possession of a concealed firearm. In February 2017, VORPAGEL was arrested federally for possession of a firearm by a convicted felon, possession with intent to distribute a controlled substance and possession of a firearm in furtherance of a drug trafficking offense. His February 2017 arrest related to a homicide investigation in which VORPAGEL was the intended target of a violent crime at his residence in Jupiter, Florida, during which three individuals at his house were murdered. VORPAGEL pled guilty to those offenses and was sentenced on March 12, 2020, to a term of imprisonment within the Bureau of Prisons, followed by a period of three years supervised release (17-CR-80098-RLR). VORPAGEL since violated his terms of release in 2021 and 2022 and was ordered to remain on federal supervision.

8. Law enforcement obtained information from a cooperating source that VORPAGLE was involved in narcotic sales. The cooperating source provided information that

VORPAGEL utilized various vehicles, slept at different locations, and had approximately four storage units in which he stored narcotics and firearms.

9.      In April 2024, the JPD was contacted by another source of information who was aware of VORPAGEL's drug dealing. The source of information advised that VORPAGEL had mentioned selling multiple "bricks" of cocaine, which is street terminology for kilograms of cocaine. The source of information also stated that VORPAGEL sold drugs at local bars in Jupiter, Florida, during which he utilized backpacks and large fast food-style cups to transport the narcotics. The source of information further informed law enforcement that he/she had traveled with VORPAGEL to an unknown location in West Palm Beach, Florida, in order to purchase cocaine. The source of information advised that they had observed VORPAGEL with a large amount of U.S. currency and conduct a narcotics transaction. The source of information identified the drugs sold by VORPAGEL to include cocaine, methamphetamine, ketamine, Adderall, Xanax, MDMA, and other illicit narcotics. Furthermore, the source of information advised that VORPAGEL owned multiple firearms. More specifically, he kept a black handgun in his vehicle and a rifle within a residence in North Palm Beach, Florida.

10.      Law enforcement conducted surveillance of VORPAGEL in April and May 2024. On April 16, 2024, law enforcement observed VORPAGEL exit a residence located in Jupiter, Florida. VORPAGEL was carrying a trash bag and placed the trash bag in a communal dumpster. Law enforcement then recovered the discarded trash bag from the dumpster and conduct a search of its contents. Inside, law enforcement found a small clear plastic bag containing a white powdery residue and three other empty small plastic bags with blue dolphins printed on the outside. Based upon my training and experience, I believe those items are commonly used to package narcotics for sale.

3

11.     On April 18, 2024, law enforcement observed VORPAGEL conduct what appeared to be numerous hand-to-hand transactions in the area of the Double Roads Bar, located in Jupiter, Florida. During that time, a JPD officer was outside the bar and overheard VORPAGEL speaking on his cellphone. The officer believed that VORPAGEL stated during the call, "Yeah, I got a bunch of shit, I'm waiting for you!" Shortly after, VORPAGEL was observed meeting with an unknown male and female outside the establishment entrance before traveling back inside.

16.     On April 24, 2024, law enforcement observed VORPAGEL driving a black Porsche SUV in West Palm Beach, Florida. VORPAGEL was observed engaged in what appeared to be another hand-to-hand drug transaction. During the surveillance, law enforcement observed VORPAGEL loading a handgun before placing the gun in his front waistband.

17.     On April 24, 2024, law enforcement observed VORPAGEL at 1117 Marine Way E, Apt. K2R, North Palm Beach, Florida. On that day, law enforcement observed VORPAGEL leave the residence with another large trash bag. VORPAGEL placed the bag within the communal dumpster, after which it was immediately retrieved by law enforcement.  Inside the trash bag, law enforcement located several small clear plastic baggies containing a white powder-like residue (positive field test for amphetamines), a clear plastic container containing an orange powder-like substance (positive field test for amphetamines), several empty small clear capsules, small clear baggies with blue dolphins printed on the outside, and other items of drug paraphernalia. Based upon my training and experience, I believe those items are commonly used to package narcotics for sale. Additionally, law enforcement locating several documents inside the trash bag with VORPAGEL's name, including documents from TD Bank.

18.     On May 6, 2024, law enforcement received more information that VORPAGEL intended to commit suicide. According to the source of information, VORPAGEL sent a text

message about his intention to commit suicide, but only after "taking down the people I [VORPAGEL] hate first."

19.     On May 6, 2024, at approximately 11:26 pm, law enforcement located VORPAGEL driving a vehicle. It was known that VORPAGEL's Florida driver's license was suspended. VORPAGEL parked the vehicle in a shopping plaza located in Jupiter, Florida. Law enforcement then arrested VORPAGEL, who was alone. Thereafter, law enforcement conducted an inventory search of his vehicle while awaiting a tow truck. During the inventory search, law enforcement located the following items:

(i)     Tan in color over the shoulder bag containing a small clear baggie with blue dolphins imprinted,

(ii)    24 Oxycodone pills (Weighing approximately 12.5 grams),

(iii)   25 Oxycontin pills (Weighing approximately 4 grams),

(iv)    Baggies containing off white powdery substance, field test positive for MDMA (Weighing approximately 1 gram),

(v)     6 Multicolored grenade shaped pills "MDMA" (Weighing approximately 2.3 grams), and

(vi)    75 Rectangular pills "Alprazolam" (Weighing approximately 26.1 grams).

20.     On or about May 6, 2024, and continuing through the early morning hours of May 7, 2024, law enforcement executed a state search warrant at 1117 Marine Way E, Apt. K2R, North Palm Beach, Florida. Within the master bedroom, law enforcement located the following items:

(i)     Numerous clear plastic baggies,

(ii)    Plastic bag heat sealing machine,

(iii)   Numerous empty clear capsules

(iv)   Off white powdery substance, field test positive MDMA (Weighing approximately 76 grams),

(v)    One Sig Sauer Handgun 9mm,

(vi)   One Smith and Wesson .22 caliber rifle,

(vii)  Three yellow rectangular pills "Alprazolam" (Weighing 2 grams),

(viii) White powdery substance, field test positive cocaine (Weighing approximately 5.5 grams),

(ix)   17 white rectangular pills "Alprazolam" (Weighing 5.4 grams), and

(x)    123 orange circular pills imprinted "30 B974" Amphetamine (Weighing approximately 48.9 grams).

21.    On May 7, 2024, VORPAGEL was interviewed by law enforcement at the Jupiter Police Department concerning the drugs found in his vehicle and residence in North Palm Beach, Florida. *Post-Miranda*, VORPAGEL admitted to possessing the controlled substances found by law enforcement for the purposed of distribution. VORPAGEL also admitted that he possessed the firearms found inside his residence and had received them in exchange for cocaine. Moreover, VORPAGEL provided consent to law enforcement to review the contents of an electronic communication application on his cellular telephone. Within that application, law enforcement located numerous electronic communications involving VORPAGEL and others engaged in the distribution of controlled substances.

22.    Finally, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") was contacted concerning the firearms found inside the master bedroom of the residence. ATF Resident Agent in Charge Michael Kelly, who is qualified as a federal firearms nexus expert, advised that

based upon his training and experience there is probable cause to believe that the firearms previously travelled in interstate or foreign commerce.

## CONCLUSION

23.     I submit, based on the facts and information set forth in this affidavit, that on May 6, 2024, **Charles Lewis VORPAGEL** violated federal law, including; Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), Possession With Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Possession of Firearms in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

FURTHER YOUR AFFIANT SAITH NAUGHT.

Tyler Robichaud,
Task Force Officer, DEA

Sworn and Attested to me by Applicant
by Telephone (FaceTime) per Fed.R.Crim.P. 4(d)
and 4.1. on this day  7th of May 2024.

HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

7

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Charles Lewis Vorpagel

**Case No**:  24-8216-BER

Count #1:

Possession of a Firearm by a Prohibited Person – Convicted Felon

18 U.S.C. § 922(g)(1)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000
* **Special Assessment:** $100.00

Count #2:

Possession with Intent to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C)
* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):** 20 Years Imprisonment
* **Max. Supervised Release:** Minimum 3 years to life term
* **Max. Fine:**  $1,000,000
* **Special Assessment:** $100.00

Count #3:

Possession of a Firearm in Relation to and in Furtherance of a Drug Trafficking Offense

18 U.S.C § 924(c)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years consecutive to any other sentence of imprisonment
* **Max. Supervised Release:** 5 Years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**